IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00015-RPM

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN R. ADAMS, individually and as Personal Representative of the Estate of Robert W. Adams;
CLERK OF DISTRICT COURT, Arapahoe County, State of Colorado; and
DAVID J. BECKMAN, as trustee of the Benton Liquidating Trust, and as trustee of the NTC Liquidating Trust,

Defendant.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/M.V. Wentz
Secretary

This case is set for a status conference at **11:30 a.m. on May 2, 2006,** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

Dated: March 22, 2006