IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv—0015-RPM-BNB

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

JOHN R. ADAMS, individually,
and as Personal Representative
of the Estate of Robert W. Adams;
CLERK OF DISTRICT COURT, Arapahoe
County, State of Colorado;
OREN L. BENTON; and DAVID J.
BECKMAN, as trustee of the
Benton Liquidating Trust,
and as trustee of the NTC
Liquidating Trust,

       Defendants.
_____

ORDER OF DISMISSAL
_____

    Upon the Stipulation of the plaintiff and defendants, it is hereby ORDERED that this action is dismissed with prejudice; and it is further ORDERED that each party shall bear its own costs and attorney's fees.

    DATED this 21st day of November, 2006.

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch
                              Senior District Judge